**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Hannah Cunningham, *et al.*,

     vs.                          Case No. 2:22-cv-3331

Trans Union, LLC, *et al.*,          **Judge Michael H. Watson**

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the June 10, 2024 Order: Claim III is DISMISSED WITH PREJUDICE.  All claims are now dismissed, and the Clerk is DIRECTED to close the case.

Date: **June 10, 2024**       **Richard Nagel, Clerk**

                                 s/ Jennifer Kacsor

                              By Jennifer Kacsor/Courtroom Deputy